<div style="font-size:small">LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344</div>

1  GEORGE W. NOWELL (SBN: 83868)
   george.nowell@nowelllaw.com
2  PAUL B. ARENAS (SBN: 167863)
   paul.arenas@nowelllaw.com
3  LAW OFFICES OF GEORGE W. NOWELL
   120 Montgomery Street, Suite 1990
4  San Francisco, CA 94104
   Telephone: (415) 362-1333
5  Facsimile: (415) 362-1344
   Attorneys for Defendant
6  SOCIÉTÉ AIR FRANCE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| TERESA HUERTA LARKIN | CASE NO.: C06 5165 JL |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND REQUEST FOR RETENTION OF JURISDICTION; (PROPOSED) ORDER** |
| v. | |
| SOCIÉTÉ AIR FRANCE, T/A AIR FRANCE, | |
| Defendants. | |

    It is stipulated by and between the Plaintiff TERESA HUERTA LARKIN and Defendant SOCIÉTÉ AIR FRANCE (sued herein as "SOCIÉTÉ AIR FRANCE" and "T/A AIR FRANCE")(hereinafter "AIR FRANCE"), through AIR FRANCE's counsel of record and plaintiff in pro per, and requested that, a settlement of this matter having been concluded that the above-entitled action be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

    This stipulation and dismissal completely terminates the above entitled action against all parties. Each party will bear its own attorney's fees and costs.

//

//

//

1

**STIPULATION FOR DISMISSAL AND ORDER (C06-5165JL)**

P0201.07-1718

The parties hereto also request that this Court retain jurisdiction in order to enforce the terms and conditions of the settlement and release.

Dated: February 27, 2007    **LAW OFFICES OF GEORGE W. NOWELL**

_____
PAUL B. ARENAS
Attorneys for Defendant
SOCIÉTÉ AIR FRANCE

Dated: March 1, 2007

_____
TERESA HUERTA LARKIN
Plaintiff in Pro Per

ORDER

IT IS SO ORDERED.

Dated: ~~February XX, 2007~~

March 6, 2007

_____
HON. JAMES LARSON
Chief Magistrate Judge
United States District Court
Northern District of California

IT IS SO ORDERED
Judge James Larson

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

2

**STIPULATION FOR DISMISSAL AND ORDER (C06-5165JL)**

P0201.07-1718